1  Kathleen A. Weber, #016076
   Larry O. Folks, #012142
2  FOLKS & O'CONNOR, PLLC
   1850 N. Central Ave, #1140
3  Phoenix, AZ  85004
   (602) 262-2265
4  (weber@folksoconnor.com)

5  Rachel M. Dollar, Calif. #199977
   Jon A.C. Vonder Haar, Calif. #192665
6  SMITH DOLLAR PC
   Attorneys at Law
7  404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
8  Telephone:  (707) 522-1100

9  Attorneys for Plaintiff, M & I Marshall & Ilsley Bank

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| M & I MARSHALL & ILSLEY BANK, | CASE NO.: |
|---|---|
| Plaintiff, | PLAINTIFF M & I MARSHALL & ILSLEY BANK'S A.R.S. § 12-2602 STATEMENT |
| v. | |
| NORRIS PROPERTY CONSULTANTS, INC., an Arizona corporation, SCOTT J. JOSEPH, an individual, MARK A. NORRIS, an individual, and DOES 1-20, inclusive, | |
| Defendants | |

Pursuant to A.R.S. § 12-2602, the undersigned counsel for plaintiff M & I Marshall & Ilsley Bank certifies that: (i) the above entitled case involves claims regarding an Arizona licensed professional's standard of care and liability; and (ii) expert opinion testimony is necessary.

Respectfully submitted.

Dated:  January 14, 2010            SMITH DOLLAR PC


                                    By  /s/Jon A.C Vonder Haar
                                        Jon A.C. Vonder Haar
                                        Attorneys for Plaintiff
                                        M&I Marshall & Ilsley Bank



90685.doc                           - 1 -
Plaintiff M & I Marshall & Ilsley Bank's A.R.S. § 12-2602 Statement

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all active CM/ECF registrants for this matter.

SMITH DOLLAR PC

By  /s/ Denise Block
    Denise Block



90685.doc

- 2 -

Plaintiff M & I Marshall & Ilsley Bank's A.R.S. § 12-2602 Statement