1  Kathleen A. Weber, #016076
   Larry O. Folks, #012142
2  FOLKS & O'CONNOR, PLLC
   1850 N. Central Ave, #1140
3  Phoenix, AZ  85004
   (602) 262-2265
4  (weber@folksoconnor.com)

5  Rachel M. Dollar, Calif. #199977
   Jon A.C. Vonder Haar, Calif. #192665
6  SMITH DOLLAR PC
   Attorneys at Law
7  404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
8  Telephone:  (707) 522-1100

9  Attorneys for Plaintiff, M & I Marshall & Ilsley Bank

10                UNITED STATES DISTRICT COURT

11               FOR THE DISTRICT OF ARIZONA

12

13 M & I MARSHALL & ILSLEY BANK,          CASE NO.:  CV-09-2427-PHX-JAT

14         Plaintiff,                     **NOTICE OF DISMISSAL OF ACTION
                                            WITH PREJUDICE**
   v.
15                                        (Hon. James A. Teilborg)
   NORRIS PROPERTY CONSULTANTS,
16 INC., an Arizona corporation, SCOTT J.
   JOSEPH, an individual, MARK A.
17 NORRIS, an individual, and DOES 1-20,
   inclusive,
18
         Defendants
19

20        Plaintiff M & I Marshall & Ilsley Bank, a Wisconsin corporation, by and through its

21 undersigned counsel, represents that Defendants have not filed an Answer or Motion for

22 Summary Judgment in this proceeding (the "Action").  As a result of the foregoing, Plaintiff

23 hereby exercises its absolute right pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) to dismiss this

24 Action with prejudice.

25 ///

26

27 ///

28

Respectfully submitted.

Dated:  January 22, 2010

FOLKS & O'CONNOR, PLLC

By   /s/ Kathleen A. Weber
Kathleen A. Weber
Attorneys for Plaintiff
M&I Marshall & Ilsley Bank

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all active CM/ECF registrants for this matter.

FOLKS & O'CONNOR, PLLC

By /s/ Kasie Grant